## ÆTNA LIFE INSURANCE CO. v. MANNING.

Court of Appeals of Kentucky.

(Decided April 20, 1934.)

TYE, SILER, GILLIS & SILER for appellant.

B. B. SNYDER for appellee.

PER CURIAM.

Judgment for $255.83 on contract.

Appeal denied; judgment affirmed.